DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 197P12 | Portfolio Recovery Associates, LLC v. Barbara A. Hammonds | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA11-1260) | 1. Dismissed *ex Mero Motu* |
| | | 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's *Pro Se* Motion for Temporary Stay | 3. Allowed **05/10/12**; Dissolved the Stay **06/13/12** |
| | | 4. Def's *Pro Se* Petition for *Writ of Supersedeas* | 4. Denied |
| 198P12 | State v. Jermaine Moses | 1. Def's *Pro Se* PWC to Review the Decision of the COA (COA11-976) | 1. Denied |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 200P12 | State v. Abdelfettah Louali | Def's PWC to Review the Decision of COA (COA10-1590) | Denied |
| 201P12 | Margaret Dickson, et al. v. Robert Rucho, et al. ——————— North Carolina State Conference of Branches of the NAACP, et al. v. The State of North Carolina, et al. | 1. Defs' (Robert Rucho, et al.) Motion for Temporary Stay | 1. See Special Order **05/11/12** |
| | | 2. Defs' (Robert Rucho, et al.) Petition for *Writ of Supersedeas* | 2. See Special Order **05/11/12** |
| 202P12 | Robert B. Broughton v. Celeste G. Broughton | Def's Motion for Temporary Stay (COAP12-363) | Denied **05/04/12** |
| 205P12 | State v. Timothy Lee Harris El Shabazz | Def's PWC to Review Order of COA (COAP11-285) | See Special Order |
| 207P12 | State v. Jasmine N. Corbett | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1129) | Denied |